(R. D. 11605)

HADDAD & SONS, INC. v. UNITED STATES

Entry No. 18461.

(Decided December 19, 1968)

*James G. McGoldrick* for the plaintiff.
*Edwin L. Weisl, Jr.,* Assistant Attorney General, for the defendant.

(R. D. 11606)

HADDAD & SONS, INC. v. UNITED STATES

Entry No. 28822.

(Decided December 19, 1968)

*James G. McGoldrick* for the plaintiff.
*Edwin L. Weisl, Jr.,* Assistant Attorney General, for the defendant.

Rao, Chief Judge: When the above-enumerated appeal for reappraisement was called for hearing, the plaintiff submitted the case on the record before the court.

An examination of the official papers discloses no reason for disturbing the presumptively correct value of the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by said appeal to be the value found by the appraiser.

Judgment will be entered accordingly.